JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE DIMON, an individual, | CASE NO. 2:13-cv-0711-SVW-JC |
| Plaintiffs, | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | |
| UNITED SERVICE ASSOCIATION FOR HEALTH CARE, a corporation; UNITED STATES FIRE INSURANCE COMPANY, a corporation; RUSE OZERUGA, an individual; VELAPOINT, LLC, a limited liability company, and DOES 1 to 10 inclusive, | |
| Defendants. | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

Dated: July 22, 2013

_____
HON. STEPHEN V. WILSON
United States District Judge